McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

**SEALED**

FILED

MAY 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF: ) CASE NO. 2:18-MJ-0102 CKD
)
UNITED STATES, ) **UNDER SEAL**
)
            Plaintiff, ) SEALING ORDER
)
v. )
)
JOSE ROBERT PORRAS III AND )
PASIA VUE, )
            Defendants. )

The United States of America, having applied to this Court, for an Order permitting it to file the Complaint, Application and Affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the Warrant, Application and Affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal until further order of this Court.

DATED: 5/21/2018

_____
HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE

1