MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
QUINN HOCHHALTER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAY 22 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE ROBERT PORRAS III, et al,

    Defendants.

CASE NO. 2:18-MJ-102 CKD

[PROPOSED] ORDER TO FILE REDACTED COPY OF COMPLAINT

The government's motion to unseal the above-referenced case, keep the complaint sealed, and file a redacted copy of the sealed complaint is GRANTED.

Dated: May 22, 2018

HON. CARYOLYN K. DELANEY
United States Magistrate Judge